JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
K.F., a minor, by his legal guardian Sandra Fernandez

**DEFENDANTS**
See "Attachment A -- List of Defendants

**(b)** County of Residence of First Listed Plaintiff   **Norfolk County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

550 Liberty st unit 905 Braintree, 02184 MA

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

Attorneys *(If Known)*
See attachment A- list of Defanfants Attorneys

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983; 28 U.S.C. § 1331; G.L. c. 231 § 140C½; Rule 65

Brief description of cause: Ex parte emergency motion for TRO and preliminary injunction to prevent default and protect the rights of a minor under 42 U.S.C. § 1983, G.L. c. 231 § 140C½, and Rule 65.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE  Jc _____   DOCKET NUMBER  23r _____

DATE
07.30.2025

SIGNATURE OF ATTORNEY OF RECORD
Pro Se Guardian for Minor Plaintiff

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



## List of Defendants cover sheet

| | |
|---|---|
| **Marina Bay Residences, LLC**<br>155 Federal st.<br>Suite 700,<br>Boston, MA 02110 | **Hines Corporation**<br>845 Texas Avenue<br>Suite 3300<br>Houston, TX 77002 |
| **Bozzuto Management, Co.**<br>155 Federal st.<br>Suite 700<br>Boston, MA 02110 | **Delaney Barrett**<br>11 Linden St.<br>South Boston,<br>MA 02127 |
| **Callahan, Inc.**<br>Callahan Construction Managers<br>80 First St.<br>Bridgewater, MA 02324 | **Cube 3 Studio, LLC**<br>56 High Street<br>North Andover,<br>MA 02110 |
| **Dain, Torpy, LeRay, Wiest & Garner, P.C.**<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>Representing for Marina Bay Residences,<br>LLC | **Maynard Nexsen, P.C.**<br>2500 Bee Caves Road, Building 1, Suite 150<br>Austin, TX 78746<br>Representing for Marina Bay Residences,<br>LLC |
| **Keches Law Group**<br>2 Lakeshore Center, Suite 3<br>Bridgewater, MA 02324<br>Representing Beth Materna | **AMPS Law, P.C.**<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>Representing Bozzuto Management co |
| **Gallagher Evelius & Jones LLP**<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>Representing Bozzuto Management, Co | **Quat Law Offices**<br>929 Worcester Rd.<br>Framingham, Massachusetts 01701<br>Co-council with Keches Law Group |
| **Sloane and Walsh**<br>One Boston Place<br>201 Washington St., Suite 1600<br>Boston, MA 02108<br>Representing Callahan, Inc. | **MG+ M Law**<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA 02110<br>Representing Cube 3 Studio, LLC |
| **Gregory P. Sapire, Esq. (Pro Hac Vice)**<br>Maynard Nexsen, P.C.<br>2500 Bee Caves Road, Building 1,<br>Suite 150<br>Austin, TX 78746<br>gsapire@maynardnexsen.com<br>Attorney for Marina Bay Residences, LLC | **Raj Aujla, Esq. (Pro Hac Vice)**<br>Maynard Nexsen, P.C.<br>2500 Bee Caves Road, Building 1,<br>Suite 150<br>Austin, TX 78746<br>raujla@maynardnexsen.com<br>Attorney for Marina Bay Residences, LLC |
| **Daniel Dain, Esq.**<br>Dain, Torpy, LeRay, Wiest & Garner, P.C.<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>ddain@daintorpy.com<br>Attorney for Marina Bay Residences, LLC | **Kate Carter, Esq.**<br>Dain, Torpy, LeRay, Wiest & Garner, P.C.<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>kcarter@daintorpy.com<br>Attorney for Marina Bay Residences, LLC |

1

| | |
|---|---|
| **Ted Papadopoulos**<br>AMPS Law, P.C.<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>ted@ampslaw.com<br>Attorney for Bozzuto Management & Delaney Barrett | **Sangueetha Kannan**<br>Gallagher Evelius & Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>skannan@gejlaw.com<br>Attorney for Bozzuto Management & Delaney Barrett |
| **James Bragdon (Pro Hac Vice)**<br>Gallagher Evelius & Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>jbragdon@gejlaw.com<br>Attorney for Bozzuto Management & Delaney Barrett | **Beth Materna**<br>15 Standish Rd.<br>Quincy, MA 02171<br>Represented by Attorney Johnathan Sweet |
| **Jonathan D. Sweet, Esq.**<br>Keches Law Group P.C.<br>2 Granite Ave. #400<br>Milton, MA 02186<br>jsweet@kecheslaw.com<br>Attorney for Beth Materna | **Patrick J. Nelligan, Esq.**<br>Keches Law Group P.C.<br>2 Granite Ave. #400<br>Milton, MA 02186<br>pnelligan@kecheslaw.com<br>Attorney for Beth Materna |
| **Michael P. Schaefer, Esq.**<br>MG+M Law<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA 02110<br>MSchaefer@mgmlaw.com<br>Attorney for Cube 3 Studio, LLC | **Kenneth D. Quat, Esq.**<br>Quat Law Offices<br>929 Worcester<br>Framingham, Massachusetts 01701<br>ken@quatlaw.com<br>Co-council with Johnathan Sweet |
| **Charles F. Rourke II**<br>Sloane and Walsh<br>One Boston Place<br>201 Washington St.<br>Suite 1600<br>Boston, MA 02108<br>crourke@sloaneandwalsh.com<br>Attorney for Callahan, Inc. | |

2