**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Docket No. _____

K.F., a Minor, by and through his Legal Guardian
**SANDRA FERNANDEZ**, Pro Se
Plaintiff,

v.

**HINES CORPORATION;**
**MARINA BAY RESIDENCES, LLC;**
**MAYNARD NEXSEN P.C.;**
**GREGORY SAPIRE;**
**RAJ AUJLA;**
**DAN, TORPY, LE RAY, WIEST & GARNER, P.C.;**
**DANIEL DAIN;**
**KATE MORAN CARTER;**
**BOZZUTO MANAGEMENT COMPANY;**
**DELANEY BARRETT;**
**GALLAGHER EVELIUS & JONES LLP;**
**JAMES BRAGDON;**
**SANGEETHA KANNAN;**
**AMPS LAW, P.C.**
**ELEFTHERIOS "TED" PAPADOPOULOS;**
**BETH MATERNA;**
**KECHES LAW GROUP, P.C.;**
**JONATHAN D. SWEET;**
**PATRICK J. NELLIGAN;**
**QUAT LAW OFFICES;**
**KENNETH QUAT;**
**CALLAHAN CONSTRUCTION MANAGERS;**
**SLOANE AND WALSH LAW FIRM;**
**CHARLES F. ROURKE II,**
**CUBE 3 STUDIO, LLC;**
**MG+ M LAW**
**MICHAEL P. SCHAEFER, ESQ.;**
Defendants.

1

## NOTICE OF GUARDIANSHIP REPRESENTATION PURSUANT TO FED. R. CIV. P. 17(c), AND MEMORANDUM OF LAW IN SUPPORT

Now comes **Sandra Fernandez**, the mother and legal guardian of **K.F., a minor**, and respectfully notifies this Honorable Court, pursuant to **Federal Rule of Civil Procedure 17(c)(1) (A)**, that she is authorized to appear and act on behalf of the minor in this federal civil rights action.

This action asserts violations of:

- The **Fourteenth Amendment** of the U.S. Constitution;

- **42 U.S.C. §§ 1983, 1985** (civil rights violations and conspiracy);

- **The Fair Housing Act, 42 U.S.C. §§ 3601 et seq.**;

- **The Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq.**; and

- Various violations of the **Federal Rules of Civil Procedure**, including **Rule 17(c)** and **Rule 26**.

### MEMORANDUM OF LAW

**Federal Rule of Civil Procedure 17(c)(1)(A)** provides that a "general guardian" or "like fiduciary" may sue or defend on behalf of a minor without separate court appointment, unless the court determines that a **guardian ad litem** is necessary to protect the child's interest.

*"A general guardian… may sue or defend on behalf of a minor… The court must appoint a guardian ad litem… only if the minor does not have a duly appointed representative or if the existing representative has a conflict of interest."* — **Fed. R. Civ. P. 17(c)(1).**

In the present case:

2

- Sandra Fernandez is the **natural and legal guardian** of K.F., with full custody and authority;

- There is no conflict of interest between guardian and minor;

- Defendants are actively using the child's identity in litigation while simultaneously opposing his participation—this paradox requires recognition of his legal guardian under **Rule 17**;

- Massachusetts courts have denied the guardian's intervention requests and procedural protections, despite the use of the guardian's name and the minor's name in pleadings;

- The minor's rights are being violated in state litigation, and no guardian ad litem has ever been appointed or required.

Courts recognize that appointment of a **GAL** is **not mandatory** where a parent or legal guardian appears on behalf of the minor and is acting in their best interest.

## CONCLUSION AND NOTICE

Sandra Fernandez respectfully requests that the Court:

1. Accept this filing as notice of her representation of K.F. under **Rule 17(c)(1)(A)**;

2. Formally recognize her role as the minor's legal guardian and permitted representative for all purposes in this action;

3. Take judicial notice of prior state proceedings in which the minor's identity was used without procedural protection or lawful joinder.

3

This notice is filed contemporaneously with the Verified Complaint, a Motion for Temporary

Restraining Order, and a Motion to Proceed In Forma Pauperis.

Respectfully submitted,

Sandra Fernandez, Pro Se
**On Behalf of K.F., a Minor, as his Legal Guardian,**Pro Se,
550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: July 30th, 2025

**By: Sandra Fernandez**
**On Behalf of K.F., a Minor, as his Legal Guardian,**Pro Se,

*/s/ Sandra Fernandez*
Sandra Fernandez

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 30th, 2025 a copy of the foregoing was served electronically/mail on all counsel of record.

| | |
|---|---|
| **Marina Bay Residences, LLC**<br>155 Federal st.<br>Suite 700,<br>Boston, MA 02110 | **Hines Corporation**<br>845 Texas Avenue<br>Suite 3300<br>Houston, TX 77002 |
| **Bozzuto Management, Co.**<br>155 Federal st.<br>Suite 700<br>Boston, MA 02110 | **Delaney Barrett**<br>11 Linden St.<br>South Boston,<br>MA 02127 |
| **Callahan, Inc.**<br>Callahan Construction Managers<br>80 First St.<br>Bridgewater, MA 02324 | **Cube 3 Studio, LLC**<br>56 High Street<br>North Andover,<br>MA 02110 |
| **Dain, Torpy, LeRay, Wiest & Garner, P.C.**<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>Representing for Marina Bay Residences, LLC | **Maynard Nexsen, P.C.**<br>2500 Bee Caves Road, Building 1, Suite 150<br>Austin, TX 78746<br>Representing for Marina Bay Residences, LLC |
| **Keches Law Group**<br>2 Lakeshore Center, Suite 3<br>Bridgewater, MA 02324<br>Representing Beth Materna | **AMPS Law, P.C.**<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>Representing Bozzuto Management co |
| **Gallagher Evelius & Jones LLP**<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>Representing Bozzuto Management, Co | **Quat Law Offices**<br>929 Worcester Rd.<br>Framingham, Massachusetts 01701<br>Co-council with Keches Law Group |
| **Sloane and Walsh**<br>One Boston Place<br>201 Washington St., Suite 1600<br>Boston, MA 02108<br>Representing Callahan, Inc. | **MG+ M Law**<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA 02110<br>Representing Cube 3 Studio, LLC |

| | |
|---|---|
| **Gregory P. Sapire, Esq. (Pro Hac Vice)**<br>Maynard Nexsen, P.C.<br>2500 Bee Caves Road, Building 1,<br>Suite 150<br>Austin, TX 78746<br>gsapire@maynardnexsen.com<br>Attorney for Marina Bay Residences, LLC | **Raj Aujla, Esq. (Pro Hac Vice)**<br>Maynard Nexsen, P.C.<br>2500 Bee Caves Road, Building 1,<br>Suite 150<br>Austin, TX 78746<br>raujla@maynardnexsen.com<br>Attorney for Marina Bay Residences, LLC |
| **Daniel Dain, Esq.**<br>Dain, Torpy, LeRay, Wiest & Garner, P.C.<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>ddain@daintorpy.com<br>Attorney for Marina Bay Residences, LLC | **Kate Carter, Esq.**<br>Dain, Torpy, LeRay, Wiest & Garner, P.C.<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>kcarter@daintorpy.com<br>Attorney for Marina Bay Residences, LLC |
| **Ted Papadopoulos, BBO# 671506**<br>AMPS Law, P.C.<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>ted@ampslaw.com<br>Attorney for Bozzuto Management & Delaney<br>Barrett | **Sangueetha Kanna**<br>Gallagher Evelius & Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>skannan@gejlaw.com<br>Attorney for Bozzuto Management & Delaney<br>Barrett |
| **James Bragdon (Pro Hac Vice)**<br>Gallagher Evelius & Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>jbragdon@gejlaw.com<br>Attorney for Bozzuto Management & Delaney<br>Barrett | **Beth Materna**<br>15 Standish Rd.<br>Quincy, MA 02171<br>Represented by Attorney Johnathan Sweet |
| **Jonathan D. Sweet, Esq.**<br>Keches Law Group P.C.<br>2 Granite Ave. #400<br>Milton, MA 02186<br>jsweet@kecheslaw.com<br>Attorney for Beth Materna | **Patrick J. Nelligan, Esq.**<br>Keches Law Group P.C.<br>2 Granite Ave. #400<br>Milton, MA 02186<br>pnelligan@kecheslaw.com<br>Attorney for Beth Materna |
| **Michael P. Schaefer, Esq.**<br>MG+M Law<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA 02110<br>MSchaefer@mgmlaw.com<br>Attorney for Cube 3 Studio, LLC | **Kenneth D. Quat, Esq.**<br>Quat Law Offices<br>929 Worcester<br>Framingham, Massachusetts 01701<br>ken@quatlaw.com<br>Co-council with Johnathan Sweet |

| | |
|---|---|
| **Charles F. Rourke II**<br>**Sloane and Walsh**<br>One Boston Place<br>201 Washington St.<br>**Suite 1600**<br>Boston, MA 02108<br>crourke@sloaneandwalsh.com<br>Attorney for Callahan, Inc. | |

**By: Sandra Fernandez**
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,

*/s/ Sandra Fernandez*
Sandra Fernandez

7