# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Docket No. _____

K.F., a Minor, by and through his Legal Guardian
**SANDRA FERNANDEZ**, Pro Se
Plaintiff,

v.

**HINES CORPORATION;**
**MARINA BAY RESIDENCES, LLC;**
**MAYNARD NEXSEN P.C.;**
**GREGORY SAPIRE;**
**RAJ AUJLA;**
**DAN, TORPY, LE RAY, WIEST & GARNER, P.C.;**
**DANIEL DAIN;**
**KATE MORAN CARTER;**
**BOZZUTO MANAGEMENT COMPANY;**
**DELANEY BARRETT;**
**GALLAGHER EVELIUS & JONES LLP;**
**JAMES BRAGDON;**
**SANGEETHA KANNAN;**
**AMPS LAW, P.C.**
**ELEFTHERIOS PAPADOPOULOS;**
**BETH MATERNA;**
**KECHES LAW GROUP, P.C.;**
**JONATHAN D. SWEET;**
**PATRICK J. NELLIGAN;**
**QUAT LAW OFFICES;**
**KENNETH QUAT;**
**CALLAHAN CONSTRUCTION MANAGERS;**
**SLOANE AND WALSH LAW FIRM;**
**CHARLES F. ROURKE II,**
**CUBE 3 STUDIO, LLC;**
**MG+ M LAW**
**MICHAEL P. SCHAEFER, ESQ.;**
Defendants.

1

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915 AND RULE 3(b)

Now comes the Plaintiff, K.F., a minor, by and through his legal guardian Sandra Fernandez, and respectfully moves this Honorable Court, pursuant to **28 U.S.C. § 1915**, to grant leave to proceed in forma pauperis in the above-captioned matter without prepayment of fees or costs.

As set forth in the attached Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240), the minor plaintiff is indigent, has no income or assets, and is fully dependent on his guardian. This request is made in good faith and is not for purposes of delay.

As a minor, K.F. is legally incapacitated and wholly dependent on his legal guardian, who is herself of limited means.

### Certification of Good Faith

Undersigned certifies that this motion is made in good faith and that the claim is not frivolous.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court allow this motion and grant leave to proceed without prepayment of fees and costs.

Respectfully submitted,

Sandra Fernandez, Pro Se
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,

2

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: July 30th, 2025

**By: Sandra Fernandez**
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,
Filed Under Special Appearance Only

*/s/ Sandra Fernandez*

Sandra Fernandez

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 30th, 2025 a copy of the foregoing was served electronically/mail on all counsel of record.

| | |
|---|---|
| **Marina Bay Residences, LLC**<br>155 Federal st.<br>Suite 700,<br>Boston, MA 02110 | **Hines Corporation**<br>845 Texas Avenue<br>Suite 3300<br>Houston, TX 77002 |
| **Bozzuto Management, Co.**<br>155 Federal st.<br>Suite 700<br>Boston, MA 02110 | **Delaney Barrett**<br>11 Linden St.<br>South Boston,<br>MA 02127 |
| **Callahan, Inc.**<br>Callahan Construction Managers<br>80 First St.<br>Bridgewater, MA 02324 | **Cube 3 Studio, LLC**<br>56 High Street<br>North Andover,<br>MA 02110 |
| **Dain, Torpy, LeRay, Wiest & Garner, P.C.**<br>175 Federal Street, Suite 1500<br>Boston, MA 02110<br>Representing for Marina Bay Residences, LLC | **Maynard Nexsen, P.C.**<br>2500 Bee Caves Road, Building 1, Suite 150<br>Austin, TX 78746<br>Representing for Marina Bay Residences, LLC |
| **Keches Law Group**<br>2 Lakeshore Center, Suite 3<br>Bridgewater, MA 02324<br>Representing Beth Materna | **AMPS Law, P.C.**<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>Representing Bozzuto Management co |
| **Gallagher Evelius & Jones LLP**<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>Representing Bozzuto Management, Co | **Quat Law Offices**<br>929 Worcester Rd.<br>Framingham, Massachusetts 01701<br>Co-council with Keches Law Group |
| **Sloane and Walsh**<br>One Boston Place<br>201 Washington St., Suite 1600<br>Boston, MA 02108<br>Representing Callahan, Inc. | **MG+ M Law**<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA 02110<br>Representing Cube 3 Studio, LLC |

| | |
|---|---|
| **Charles F. Rourke II**<br>**Sloane and Walsh**<br>One Boston Place<br>201 Washington St.<br>Suite 1600<br>Boston, MA 02108<br>crourke@sloaneandwalsh.com<br>Attorney for Callahan, Inc. | |

**By: Sandra Fernandez**
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,

*/s/ Sandra Fernandez*
Sandra Fernandez