## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Docket No. _____

**K.F., a Minor, by and through his Legal Guardian**
**SANDRA FERNANDEZ**, Pro Se
Plaintiff,

v.

**HINES CORPORATION;**
**MARINA BAY RESIDENCES, LLC;**
**MAYNARD NEXSEN P.C.;**
**GREGORY SAPIRE;**
**RAJ AUJLA;**
**DAN, TORPY, LE RAY, WIEST & GARNER, P.C.;**
**DANIEL DAIN;**
**KATE MORAN CARTER;**
**BOZZUTO MANAGEMENT COMPANY;**
**DELANEY BARRETT;**
**GALLAGHER EVELIUS & JONES LLP;**
**JAMES BRAGDON;**
**SANGEETHA KANNAN;**
**AMPS LAW, P.C.**
**ELEFTHERIOS "TED" PAPADOPOULOS;**
**BETH MATERNA;**
**KECHES LAW GROUP, P.C.;**
**JONATHAN D. SWEET;**
**PATRICK J. NELLIGAN;**
**QUAT LAW OFFICES;**
**KENNETH QUAT;**
**CALLAHAN CONSTRUCTION MANAGERS;**
**SLOANE AND WALSH LAW FIRM;**
**CHARLES F. ROURKE II,**
**CUBE 3 STUDIO, LLC;**
**MG+ M LAW**
**MICHAEL P. SCHAEFER, ESQ.;**
Defendants.

1

**PROPOSED ORDER
ON PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

Upon consideration of the Motion filed by Plaintiff K.F., a minor, by his legal guardian Sandra Fernandez, for leave to proceed in forma pauperis under **28 U.S.C. § 1915**, and the supporting financial affidavit submitted thereto, the Court hereby finds that Plaintiff is unable to pay the costs of these proceedings.

Accordingly, it is hereby **ORDERED**:

1.  Plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED**.

2.  The Clerk shall file the Complaint without prepayment of fees or costs.

3.  The United States Marshal shall serve the summons and complaint upon the Defendants, if so ordered by the Court.

SO ORDERED.

Dated: _____, 2025

Boston, Massachusetts

**United States District Judge**

Hon. Judge: _____

2

3

Respectfully submitted,


Sandra Fernandez, Pro Se
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: July 30th, 2025

**By: Sandra Fernandez**
**On Behalf of K.F., a Minor, as his Legal Guardian,** Pro Se,


*/s/ Sandra Fernandez*
Sandra Fernandez