

## COVER LETTER

**August 29, 2025**

**Clerk of Court**
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: Fernández de Villavicencio v. Hines Interests Limited Partnership; Marina Bay
Residences, LLC; Bozzuto Management Company**
Civil Action No. 25-12088-WGY

Dear Clerk:

Enclosed please find for filing in the above-captioned matter:

1. Plaintiff's **Application to Proceed in District Court Without Prepaying Fees or
Costs (Form AO 239)**; and

2. Plaintiff's **Amended Complaint.**

Please docket these materials accordingly. Thank you for your assistance.

Respectfully submitted,

Sandra Fernández de Villavicencio
Pro Se Plaintiff

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: August 29th, 2025

**By: Sandra Fernández**

Sandra Fernandez

1

## List of Defendants cover sheet

| **Marina Bay Residences, LLC**<br>155 Federal st.<br>Suite 700,<br>Boston, MA 02110 | **Hines Interests Limited Partnership**<br>845 Texas Avenue<br>Suite 3300<br>Houston, TX 77002 |
| --- | --- |
| **Bozzuto Management, Co.**<br>155 Federal st.<br>Suite 700<br>Boston, MA 02110 | |