FILED
IN CLERK'S OFFICE

2025 AUG 29  PM 4:07

# Exhibit A

## Affidavit of Angela Young

I, Angela Young, do hereby depose and state as follows:

1.      I am a Director of Asset Management at Hines Corporation, a global real estate investment manager.

2.      Hines, through its affiliate entity Marina Bay Residences, LLC ("Marina Bay") jointly owns Meriel Marina Bay, a 352-unit, two-building apartment complex in Quincy, Massachusetts (the "Project").

3.      In 2021, Marina Bay filed suit against its general contractor and Project architect for defects and deficiencies in the design and construction of the Project that resulted in water infiltration into certain units and common areas in the building.

4.      Marina Bay retained engineering firm Wiss, Janney, Elstner Associates, Inc. ("WJE") to develop a comprehensive remediation plan for the Project. Repair work according to WJE's comprehensive remediation plans has been completed in the south building and is expected to be completed in the north building later this year.

1

Datr
Sup
Doc

2 of 6

5.      Throughout the course of the remediation work, WJE prepared field reports for Marina Bay's review. Those field reports include, among other things, information concerning WJE's observations of both pre-repair conditions and confirmation of the completion of repair work in accordance with WJE's recommendations.

6.      WJE's field reports are not publicly available.

7.      On May 15, 2024, during an Owner, Architect, and Contractor meeting, WJE reported that it had recently learned of a google review about Meriel Marina Bay posted by profile JesterJoker1.

8.      JesterJoker1 is an online alias associated with the Google / Alphabet account: @sandrafrommer1379.

9.      Sandra Fernandez de Villavicencio Frommer is the named plaintiff's wife.

10.      The google review was posted approximately one month before, expressed the opinion that prospective tenants should not lease units in either building, and attached photos of certain pre-repair conditions at the buildings as well as excerpts from a WJE field report. A screen shot of Ms. Frommer's Google review, with a redacted copy of the WJE field report, is attached here as Exhibit 1.[1]

11.      As of the date of this Affidavit the Google review has been removed.

12.      The discovery requests in this action seek, among other things, non-public confidential and proprietary information of Marina Bay, including financial and accounting records.

13.      Marina Bay is a privately held business, keeps this information confidential, and does not disclose it to the public.

14.      Public disclosure of the confidential and proprietary information of Marina Bay sought and expected to be produced in discovery likely would cause irreparable harm to Marina Bay in the multi-family residential real estate market.

---

[1] Because there is no Protective Order in place yet, I have redacted the photographs included with the excerpted WJE report. If the Court would like to review the photographs, we will make an unredacted copy available.

On Feb 16, 2023, at 4:52 PM, Meriel Marina Bay <MerielMarinaBay@bozzuto.com> wrote:

Hi Sandra,

Please see my responses below in red:

I would like to know why we are having a second renovation on our outside walls?
**The work completed last year, was strictly to reinforce the balcony structure.**

We had one a year ago, now again?
**The project that we are about to begin is to repair the exterior façade.**

What's happening in the walls or inside apartments to have such a massive construction?
**No repairs are being done to the interior walls and we are just upgrading the exterior façade program.**

I would like to be informed if any mold has been found in the building walls? Or inside apartments?
**We do not have any reports of mold.**

SF **sandra fernandez**                                       3/27/23
To: Meriel, Meriel & 5 more... >

# MOLD/FLAT TIRE

Good afternoon,

Since we last spoke, we've had new leaks. We've also had noticeable humidity in the master bedroom, master closet, and master bathroom.

For 4 months now, I have been asking over and over again via email, and via phone calls with Leah and Delaney,Michael, about the building and apartments having mold. Everybody has denied over and over again that any mold has been found.

I have informed you many times that my son is experiencing serious allergies. I had to wait 2 weeks to have someone from Blue Sky come and check the humidities in my apartment.

I asked them to open the walls, because I suspected we've had mold for a long time, and that it was affecting our health. Once they opened the walls, they found mold. And not just any mold, but BLACK mold, last week.

Today, second time we opened a new wall, a wall without moisture or leaks and we have found more mold. I guess or we might be infested with mold everywhere in our apartment.

I would like urgently to have the surface sample testing results sent to my email. Also, I would like for an air sample to be taken inside my apartment, which most mold testing companies do. And I'd like to have the test results sent to me via email.

Our carpets have been wet due to leaks for more than 3 weeks, and they are probably contaminated with mold. They need to be replaced ASAP.

Also, we would like to know if it is a health issue to be living inside of our apartment right now. It's infested with mold, has open walls, and machines that are on for 48 hours (Hepa air scrubber).

We have been sleeping on the couch for almost a week.

This is unacceptable! It is so disappointing that a company like Bozzuto is managing this situation so poorly, with no regard to our health, or our children's health. There have been no regards to the conditions we are living in. Not only have we had construction outside, but now inside our unit as well.

We are seeing doctors, to test ourselves for any mold related illnesses. We pray to god that's not the case.

I would also like to take this opportunity to inform you that our garage

MAY 12, 2023 | AREA STANDARDS

# MOLD NIGHTMARES FOR RESIDENTS AT QUINCY MARINA BAY

SHARE ARTICLE

## CALLAHAN, INC.

You may want to think twice about using them

Two apartment buildings once celebrated by developers and city leaders in Quincy, Massachusetts are now the subject of a lawsuit by the owners who allege Callahan, Inc. and Cube 3 Studio failed to "properly design and construct the Project in accordance with their contractual obligations."

Despite only being completed in 2018, the lawsuit alleges that there has been "water intrusion in various areas of the Project, generally near the roof edge, air water barriers, flashing, and related wall cladding." It claims repair work performed "by

# The Patriot Ledger

Subscribe    Sign In    Crossword

Advertisement

NEWS

# Tenant of Marina Bay luxury apartment files class-action lawsuit: Here's what we know

*The lawsuit filed against the owner, Marina Bay Residences, and management company, Bozzuto, accuse them of breach of contract and intentional misrepresentation, among other allegations.*



**Peter Blandino**
The Patriot Ledger

June 27, 2023    Updated June 30, 2023, 10:47 a.m. ET



## At the Callahan supervised and managed Marina Bay Residences, Marina Bay tenants shared the following pictures of their water damaged units less than 5 years after completion of the project.

Water damage in units & protecting personal items from continued water damage.

  

  

Black mold in units:

  

  

Tenants living with on-going construction to repair the buildings.

  

  

Falling debris damaging pool furniture.

 

  

 

Common area water and mold damage:

  



Damaged balconies where residents have been prevented from accessing and using their balconies.

 **The Boston Globe**
Dec 27, 2023 ·

Residents say the Quincy buildings have mold, structural defects, and have been under constant repair. The development's owner says they aren't responsible.

BOSTONGLOBE.COM

**Tenants file class-action suit against Meriel Marina Bay complex, management - The B...**

Residents say the Quincy buildings have mold...

  

NEWS        LOCAL NEWS        NATIONAL NEWS        POLITICS

**LOCAL NEWS**

# Tenants file class-action suit against Meriel Marina Bay complex, management

Say buildings have mold, structural defects, and have been under constant repair. Development owner is suing the builder and designer. They say they aren't responsible.



≡     **BOSTON**.COM     Q

**REAL ESTATE**      **RENO**      **DEVELOPMENTS**      <u>**NEWS**</u>      **BU**

Some frustrated tenants at the **Residences at Meriel Marina Bay** apartment complex in Quincy have broken their leases without financial penalty, but the deal comes with a catch.

They had to sign a non-disclosure agreement and a document releasing the management company and landlord of all liability, tenant Sandra Fernandez told Boston.com.

Fernandez said The Bozzuto Group, which manages the complex at 550-552 Victory Road, started offering the option after **the Globe published a story** on Dec. 27, 2023, about a tenant lawsuit against Marina Bay Residences, LLC, and the management company. The owner, builder, architectural firm, and subcontractors are arguing in




REAL ESTATE          RENO          DEVELOPMENTS          NEWS          BU

She eventually left and stayed with friends and in hotels.

"So I asked to break the lease, and they responded that it'd cost a total of $6,500 to $7,000 to break the lease with one month's notice," she said. "With two months' notice I'd just have to pay one month's rent."

She refused and filed for a temporary restraining order in housing court.

On Jan. 9, she got her day in court, with Fernandez in tow for moral support. The judge asked her and **Ted Papadopoulous**, Bozzuto's attorney, to meet with a mediator. After a half-hour or so, she said, Papadopoulous agreed she could break her lease without financial penalty and without signing the NDA or the liability agreement. It cost her a $100 filing fee and about 10 hours of her time.