UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA FERNANDEZ DE VILLAVICENCIO, PRO SE <br> PLAINTIFF(S) <br><br> HINES INTERESTS V. LIMITED PARTNERSHIP, MARINA BAY RESIDENCES LLC BOZZUTO MANAGEMENT COMPANY <br> DEFENDANT(S) | CASE NUMBER <br> 1:25-CV-12088-WGY <br><br> MOTION FOR PERMISSION FOR <br> ELECTRONIC FILING |

As the ☒ Plaintiff  ☐ Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

5. I understand that I must regularly review my email for notices of activity in my case.

6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

7. I affirm that I have regular access to the equipment necessary to e-file successfully.

8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: SANDRA FERNANDEZ DE VILLAVICENCIO

Address: 550 LIBERTY ST, UNIT 905 BRAINTREE 02184

Phone No.: 617-8066566

Email Address: SANDREVAIL @ YAHOO.COM

Signature: _____

Date: 09/03/2025