## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Docket No. 1:25-cv-12088-WGY

**SANDRA FERNANDEZ DE VILLAVICENCIO**, Pro Se

Plaintiff,

v.

**HINES INTERESTS LIMITED PARTNERSHIP;
MARINA BAY RESIDENCES, LLC;
BOZZUTO MANAGEMENT COMPANY;**

Defendants.

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Plaintiff **Sandra Fernandez,** proceeding pro se, respectfully requests permission to file documents electronically through the Court's **Case Management/Electronic Case Filing ("CM/ECF") system** in the above-captioned matter.

In support of this motion, Plaintiff states:

1.  Plaintiff maintains an active **PACER account** and is prepared to comply with all rules and requirements of electronic filing in the District of Massachusetts.

2.  Plaintiff has consistent access to the internet and the technological capability to submit filings, receive notices of electronic filing, and download documents through CM/ECF.

3.  Granting this request will facilitate efficiency for both the Court and the parties, as Plaintiff will be able to receive notices of filings without delay and file documents without

relying on paper service.

4.   Plaintiff understands that once permission is granted, she will be required to file all future documents electronically, unless otherwise ordered by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file electronically in this matter.

Respectfully submitted,

Sandra Fernandez De Villavicencio,
Pro Se Plaintiff

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: September 3rd, 2025

By: Sandra Fernandez

Sandra Fernandez