# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Docket No. 1:25-cv-12088-WGY

**SANDRA FERNANDEZ DE VILLAVICENCIO**, Pro Se

Plaintiff,

v.

**HINES INTERESTS LIMITED PARTNERSHIP;**
**MARINA BAY RESIDENCES, LLC;**
**BOZZUTO MANAGEMENT COMPANY;**

Defendants.

## PLAINTIFF'S JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Sandra Fernandez De Villavicencio,
Pro Se Plaintiff

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: September 3rd, 2025

**By: Sandra Fernandez**

Sandra Fernandez

1