SANDRA FERNANDEZ
DE VILLAVICENCIO, PRO SE
PLAINTIFF,

US,

HINES INTERESTS LIMITED PARTNERSHIP,
MARINA BAY RESIDENCES LLC,
BOZZUTO MANAGEMENT COMPANY

1:25-cv-12088-WGY

FILED
IN CLERK'S OFFICE
2026 JAN -8 PM 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF SANDRA FERNANDEZ, PRO SE, RESPECTFULLY
INFORM THE COURT, THAT I HAVE BEEN FOLLOWING UP,
IN PERSON & VIA EMAIL WITH CLERC, REGARDING
THE PENDING RULLING OF THE MOTION TO PROCEED
IN FORMA PAUPERIS AND THE SUMMONS.
THE CLERK INFORMED ME, SUMMONS CAN'T BE
ISSUED UNTIL MOTION PAUPERIS IS NOT RULED ON.
RECENTLY THE OTHERS PARTIES ATTORNEY, CONTACTED
ME VIA EMAIL, STATING TO ISSUE A DISMISSAL
DUE TO NOT BEING SUMMONED, THE ATTORNEY
ALSO VIA EMAIL STATED THEY WANT TO REQUEST
DISMISSAL DUE TO MY ABANDONMENT OF
I COULD SAY "PROSECUTE" MY CASE, IT HAS NOT BEEN
THE CASE, AS I HAVE FOLLOW UP CONSTANTLY.
I DO NOT WISH TO BURDEN THE COURT WITH
MOTIONS, AS I WAS EXPLAINED IT IS NORMAL IT
TAKES TIME, I AM NOT ASKING THE COURT TO
PUSH THE RULING. I AM CONCERNED THE CASE →

COULD GET DISMISSED IF I DON'T FILE A MOTION. THE PERSON (CLERK) IN FRONT DESK RECOMMENDED OR OFFERED THAT I COULD DRAFT THIS LETTER TO INFORM THE COURT. IF I NEED TO FILE A MOTION TO RULE ON PENDING MOTION TO PROCEED IN FORMA PAUPERIS AND TO EXTEND TIME FOR SERVICE UNDER FED. R. CIV. P 4M, I COULD FILE IT.

THANK YOU FOR YOUR TIME,

RESPECTFULLY,
SUBMITTED /

SANDRA FERNANDEZ
DE VILLAVICENCIO

01.08.2026

6178066566

SANDREVM14@YAHOO.COM.