UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA FERNANDEZ DE VILLAVICENCIO,
PRO SE,

Plaintiff,

v.

HINES INTERESTS LIMITED PARTNERSHIP,
MARINA BAY RESIDENCES, LLC,
BOZZUTO MANAGEMENT COMPANY,

Defendants.

**CASE NO.:** 1:25-cv-12088-WGY

**ATTORNEY AFFIDAVIT IN SUPPORT OF DEFENDANTS' 12(B)(6) MOTION TO DISMISS SANDRA FERNANDEZ DE VILLAVICENCIO'S AMENDED COMPLAINT**

I, Daniel P. Dain, do hereby depose and state as follows:

1.      I am a director and shareholder at Dain, Torpy, Le Ray, Wiest & Garner P.C. and counsel to defendants Hines Interests Limited Partnership and Marina Bay Residences, LLC in the above-referenced litigation.

2.      I am a member, in good standing, of the bar of the Commonwealth of Massachusetts.

3.      Across multiple actions in the Massachusetts Superior Court, and in motions filed directly in both the Supreme Judicial Court and the Appeals Court, as well as in this action, Plaintiff Sandra Fernandez and her partner and co-tenant, Dany Abouelkhier, served or filed over 200 pleadings, motions, and "notices" in 2025 alone.

4.      A true and correct copy of the Superior Court's November 19, 2025 Order in Docket Nos. 2182CV01044, 2382CV00389, and 2583CV00364 is attached as **Exhibit A**.

Signed under the pains and penalties of perjury this 4th day of February 2026.

/s/ Daniel P. Dain
Daniel P. Dain