UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA FERNANDEZ DE VILLAVICENCIO,
      Plaintiff,

v().                      C.A. No. 25-12088-WGY

HINES INTERESTS LIMITED PARTNERSHIP;
MARINA BAY RESIDENCES, LLC; and BOZZUTO
MANAGEMENT COMPANY,
      Defendants.

**ORDER**

March 3, 2026

YOUNG, D.J.

Sandra Fernandez de Villavicencio, a Massachusetts resident who is proceeding pro se, initiated this action on behalf of her minor son by filing a complaint with a motion for leave to proceed in forma pauperis. ECF Nos. 1-2.

By Memorandum and Order dated July 31, 2025, the Court denied without prejudice the motion for leave to proceed in forma pauperis and stated, among other things, that if plaintiff wishes to proceed with this action, she must file an Application to Proceed in District Court without Prepaying Fees or Costs and an amended complaint that states a plausible claim for relief. ECF No. 5. The Court noted, among other things, that as a non-attorney, plaintiff cannot represent her minor son. Id.

On August 29, 2025, plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs. ECF No. 8. At that time, she also filed an amended complaint naming

herself as plaintiff and naming the as defendants Hines Interests Limited Partnership; Marina Bay Residences, LLC; and Bozzuto Management Company.  ECF No. 9.

Although summons have not yet been issued, a motion to dismiss the amended complaint was filed by the three defendants. ECF No. 13.  Plaintiff has not filed an opposition to the defendants' motion to dismiss.

The Court will provide plaintiff with an opportunity to file an opposition to defendants' motion to dismiss and/or replead her claims in a second amended complaint.

Upon consideration, it the Court hereby orders:

1. The Application (ECF No. 8) to Proceed in District Court without Prepaying Fees or Costs is ALLOWED.

2. Plaintiff may, on or before April 3, 2026, file a response to defendants' motion to dismiss and, if she wishes, she may replead her claims in a second amended complaint.

3. The Clerk shall issue summons and shall send the summons and a copy of this Order to plaintiff, who must serve these documents, together with the amended complaint (or the second amended complaint if one is filed) in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. The plaintiff may elect to have service made by the United States Marshals Service ("USMS").  If plaintiff chooses to have service completed by the USMS, she shall provide the

agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

5. Plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to plaintiff. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass).

SO ORDERED.

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE