**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SANDRA FERNANDEZ**, Pro Se

Plaintiff,

v.

**HINES INTERESTS LIMITED PARTNERSHIP;**
**MARINA BAY RESIDENCES, LLC;**
**BOZZUTO MANAGEMENT COMPANY;**

Defendants.

---

### PLAINTIFF' MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT

Plaintiff respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for a brief extension of time to file a Second Amended Complaint, for good cause shown.

By Order of this Court, Plaintiff may file a response to Defendants' motion to dismiss and, if plaintiff so choose, re-plead her claims in a Second Amended Complaint on or before April 3, 2026.

Plaintiff, proceeding pro se, seek a brief extension to prepare a Second Amended Complaint that addresses the issues raised in Defendants' motion to dismiss. Plaintiff have also experienced two recent deaths in her family, which have affected her ability to complete the amended pleading within the current deadline.

This is Plaintiff' first request for an extension. The requested extension is modest, made in good faith, and will not prejudice Defendants. Granting a brief extension will allow Plaintiff to file a more complete amended pleading, which may streamline the issues presented and obviate the need for further motion practice directed at the current complaint.

Accordingly, Plaintiff respectfully request a fourteen (14) day extension, up to and including April 17, 2026, to file the Second Amended Complaint.

Respectfully submitted,

Sandra Fernandez,
Pro Se Plaintiff

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: April 3rd, 2026

**By: Sandra Fernandez**

Sandra Fernandez

## CERTIFICATE OF SERVICE

I hereby certify that on April 3rd, 2026, I served this Memorandum and the accompanying Motion on all counsel of record via PACER and email.

| | |
|---|---|
| **HINES INTERESTS LIMITED PARTNERSHIP; MARINA BAY RESIDENCES, LLC,** | **BOZZUTO MANAGEMENT COMPANY,** |
| Daniel P. Dain, BBO# 632411<br>Kate Moran Carter, BBO# 663202<br>Dain, Torpy, Le Ray, Wiest & Garner, P.C. 175<br>Federal Street, Suite 1500<br>Boston, MA 02110<br>ddain@daintorpy.com<br>kcarter@daintorpy.com<br>P: (617) 542-4800 | Ted Papadopoulos, BBO# 671506<br>AMPS Law, P.C.<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>ted@ampslaw.com<br>P: (781) 756-6600<br>F: (888) 756-6680 |

**By: Sandra Fernandez**
Pro Se Plaintiff,

Sandra Fernandez