UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA FERNANDEZ, Pro se,                          Civil Docket No. 1:25-cv-12088-WGY

Plaintiff,

v.

HINES INTERESTS LIMITED PARTNERSHIP;
MARINA BAY RESIDENCES, LLC;
BOZZUTO MANAGEMENT COMPANY;

Defendants.

---

### PROPOSED ORDER

Upon consideration of Plaintiff' Motion to Extend Time to File Second Amended Complaint,

and for good cause shown, the Motion is ALLOWED.

Plaintiff shall file the Second Amended Complaint on or before April 17, 2026.

SO ORDERED.

William G. Young

United States District Judge

Dated:

1

Respectfully submitted,

Sandra Fernandez,
Pro Se Plaintiff

550 Liberty St. Unit 905
Braintree, MA 02184

Tel: (617) 806 6566

Email: sandreva14@yahoo.com

Date: April 3rd, 2026

**By: Sandra Fernandez**

Sandra Fernandez

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3rd, 2026, I served this Memorandum and the accompanying Motion on all counsel of record via PACER and email.

| | |
|---|---|
| **HINES INTERESTS LIMITED PARTNERSHIP; MARINA BAY RESIDENCES, LLC,** | **BOZZUTO MANAGEMENT COMPANY,** |
| Daniel P. Dain, BBO# 632411<br>Kate Moran Carter, BBO# 663202<br>Dain, Torpy, Le Ray, Wiest & Garner, P.C.<br>175<br>Federal Street, Suite 1500<br>Boston, MA 02110<br>ddain@daintorpy.com<br>kcarter@daintorpy.com<br>P: (617) 542-4800 | Ted Papadopoulos, BBO# 671506<br>AMPS Law, P.C.<br>304 Cambridge Road, Suite 440<br>Woburn, MA 01801<br>ted@ampslaw.com<br>P: (781) 756-6600<br>F: (888) 756-6680 |

**By: Sandra Fernandez**
Pro Se Plaintiff,

_____
Sandra Fernandez