**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SANDRA FERNANDEZ DE VILLAVICENCIO, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>HINES INTERESTS LIMITED PARTNERSHIP, MARINA BAY RESIDENCES, LLC, BOZZUTO MANAGEMENT COMPANY,<br><br>Defendants. | **CASE NO.:** 1:25-cv-12088-WGY |

**DEFENDANTS' REQUEST FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants file this Request for Leave to file a brief reply in support of their Motion to Dismiss the Second Amended Complaint under Local Rule 7.1(b)(3). The proposed reply addresses the new and independent basis for dismissal that has arisen since Defendants filed their Motion: Plaintiff's failure to serve the Second Amended Complaint under Fed. R. Civ. P. 4(m), after the expiration of the additional 14 days provided under Local Rule 4.1 to show good cause, and more than ten months after she filed her original complaint.

Additionally, Plaintiff's opposition to Defendants' renewed Motion to Dismiss her Second Amended Complaint creates some confusion as to what is and is not at issue in this case. Defendants believe the short reply brief, filed with this Request for Leave, will assist the Court in focusing on the essential issues here: whether the Second Amended Complaint sufficiently alleges that Plaintiff is a member of a protected class under the Fair Housing Act and, if so, whether it establishes a causal link between Plaintiff's alleged "respiratory impairment" and any alleged adverse acts by Defendants.

Accordingly, defendants request leave under Local Rule 7.1(b)(3) to file the accompanying reply brief.

Respectfully submitted by:

| | |
|---|---|
| HINES INTERESTS LIMITED PARTNERSHIP; MARINA BAY RESIDENCES, LLC, | BOZZUTO MANAGEMENT COMPANY, |
| By its attorneys, | By its attorney, |
| */s/ Daniel P. Dain* | */s/ Ted Papadopoulos* |
| Daniel P. Dain, BBO# 632411 | Ted Papadopoulos, BBO# 671506 |
| Kate Moran Carter, BBO# 663202 | AMPS Law, P.C. |
| Dain, Torpy, Le Ray, Wiest & Garner, P.C. | 304 Cambridge Road, Suite 440 |
| 175 Federal Street, Suite 1500 | Woburn, MA 01801 |
| Boston, MA 02110 | ted@ampslaw.com |
| ddain@daintorpy.com | P: (781) 756-6600 |
| kcarter@daintorpy.com | F: (888) 756-6680 |
| P: (617) 542-4800 | |

Date: June 23, 2026

### CERTIFICATE OF SERVICE

I, Daniel P. Dain, hereby certify that on this 23rd day of June 2026, I served a copy of the foregoing document on plaintiff via email.

*/s/ Daniel P. Dain*
Daniel P. Dain