**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SANDRA FERNANDEZ DE VILLAVICENCIO,**<br>Plaintiff,<br><br>v.<br><br>**HINES INTERESTS LIMITED PARTNERSHIP; MARINA BAY RESIDENCES, LLC; and BOZZUTO MANAGEMENT COMPANY,**<br>Defendants. | **Civil Action No. 1:25-cv-12088-WGY** |

**PLAINTIFF'S RESPONSE TO JULY 20, 2026 ELECTRONIC ORDER AND MOTION FOR LIMITED ENLARGEMENT OF TIME TO COMPLETE SERVICE**

Plaintiff Sandra Fernandez de Villavicencio, pro se, submits this filing in response to the Court's July 20, 2026 Electronic Order affording Plaintiff thirty days to "address or cure any service issues," and respectfully moves under Fed. R. Civ. P. 4(m) and 6(b) and D. Mass. L.R. 4.1(b) for a limited fourteen-day enlargement, through **September 2, 2026**, to permit completion of service through the United States Marshals Service and the return or filing of the corresponding proofs of service.

During the period afforded by the Court, Plaintiff repeatedly followed up with the United States Marshals Service regarding service and advised Marshals Service personnel of the Court-imposed deadline. Marshals Service personnel have confirmed that the service matter remains **"open" in the Marshals Service system**. Formal service has not yet been completed. For the reasons stated in the accompanying Memorandum and Declaration, Plaintiff respectfully requests only the brief additional period necessary for the open Marshal service process to conclude.

**WHEREFORE**, Plaintiff respectfully requests that the Court enlarge the time for completion of service through **September 2, 2026**, or such other brief period as the Court deems appropriate.

Respectfully submitted,

**/s/ Sandra Fernandez de Villavicencio**
Sandra Fernandez de Villavicencio
Plaintiff, Pro Se
550 Liberty Street, Unit 905
Braintree, Massachusetts 02184
Telephone: (617) 806-6566
Email: sandreva14@yahoo.com

Dated: August 19, 2026

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed through the Court's CM/ECF system, which will transmit a Notice of Electronic Filing to registered participants. Any participant not receiving electronic service through CM/ECF will be served in accordance with Fed. R. Civ. P. 5.

/s/ Sandra Fernandez de Villavicencio
**Sandra Fernandez de Villavicencio**