**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SANDRA FERNANDEZ DE VILLAVICENCIO,**<br>Plaintiff,<br><br>v.<br><br>**HINES INTERESTS LIMITED PARTNERSHIP; MARINA BAY RESIDENCES, LLC; and BOZZUTO MANAGEMENT COMPANY,**<br>Defendants. | **Civil Action No. 1:25-cv-12088-WGY** |

**DECLARATION OF SANDRA FERNANDEZ DE VILLAVICENCIO PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION FOR LIMITED ENLARGEMENT OF TIME TO COMPLETE SERVICE**

1. I am the Plaintiff in this action. I submit this Declaration based upon my personal knowledge in support of my Response to the Court's July 20, 2026 Electronic Order and Motion for Limited Enlargement of Time to Complete Service.

2. I submitted the materials required for service through the United States Marshals Service in this action.

3. During the thirty-day period afforded by the Court's July 20, 2026 Electronic Order, I repeatedly followed up with the United States Marshals Service concerning the status of service.

4. In connection with those inquiries, I advised Marshals Service personnel that the Court had established a deadline concerning service and requested information regarding the status and completion of service.

5. Marshals Service personnel have confirmed to me that the service matter remains "open" in the Marshals Service system.

6. As of August 19, 2026, formal service has not yet been completed.

7. I respectfully request a limited fourteen-day enlargement so that the open Marshal service process may be completed and the corresponding proofs of service may be returned or filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2026.

**/s/ Sandra Fernandez de Villavicencio**
Sandra Fernandez de Villavicencio
550 Liberty Street, Unit 905
Braintree, Massachusetts 02184
Telephone: (617) 806-6566
Email: sandreva14@yahoo.com

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed through the Court's CM/ECF system, which will transmit a Notice of Electronic Filing to registered participants. Any participant not receiving electronic service through CM/ECF will be served in accordance with Fed. R. Civ. P. 5.

/s/ Sandra Fernandez de Villavicencio
**Sandra Fernandez de Villavicencio**