UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA FERNANDEZ DE VILLAVICENCIO,
Plaintiff,

v.

HINES INTERESTS LIMITED PARTNERSHIP;
MARINA BAY RESIDENCES, LLC; and
BOZZUTO MANAGEMENT COMPANY,
Defendants.

Civil Action No. 1:25-cv-12088-WGY

**PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff Sandra Fernandez de Villavicencio, proceeding pro se, respectfully moves under 42 U.S.C. § 3613(b)(1) for appointment of counsel and under 28 U.S.C. § 1915(e)(1) for the Court to request volunteer counsel, with implementation through General Order 09-4, the District of Massachusetts Plan for the Appointment of Counsel for Indigent Parties in Certain Civil Cases.

The Court previously allowed Plaintiff to proceed in forma pauperis (ECF No. 8). Her financial circumstances have not materially improved: she remains unemployed, receives no wages or employment income, receives MassHealth/Medicaid, and cannot afford private federal-litigation counsel.

Plaintiff has made reasonable efforts to obtain representation through legal-aid organizations, attorney-referral resources, and other available resources for obtaining legal assistance. Those efforts have not resulted in counsel available to represent her in this action.

The need for counsel is materially greater now. At the September 28, 2026 hearing, the Court inquired whether Plaintiff wished to obtain counsel. Plaintiff proceeded pro se at that hearing. At the same hearing, the Court denied Defendants' Renewed Motion to Dismiss the Second Amended Complaint, leaving the two surviving counts under 42 U.S.C. § 3617 for factual development, and stated that Defendants may move for summary judgment at any time. The Court subsequently set the action Ready for Trial on January 4, 2027 at 9:00 a.m.

The two surviving counts now require development of an evidentiary record concerning corporate knowledge, decisionmaking, chronology, agency, and the circumstances surrounding the challenged housing actions and alleged interference. Much of that evidence is expected to be in Defendants' possession. Although Plaintiff has been able to present her pleadings and oppose dismissal pro se, those tasks are materially different from conducting federal discovery, taking fact and corporate depositions, developing an admissible Rule 56 record, examining witnesses, and preparing for trial. Counsel can materially assist in developing and narrowing the record before dispositive motions and trial.

Plaintiff does not seek a stay and will continue to comply with all orders and deadlines unless the Court orders otherwise.

WHEREFORE, Plaintiff respectfully requests that the Court appoint counsel pursuant to 42 U.S.C. § 3613(b)(1), or request volunteer counsel pursuant to 28 U.S.C. § 1915(e)(1), with implementation through General Order 09-4, and transmit any order authorizing pro bono representation to the Court's Pro Bono Coordinator. Alternatively, Plaintiff requests such limited appointment for discovery, dispositive-motion practice, trial preparation, or other issues as the Court deems appropriate.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Before filing this motion, Plaintiff contacted counsel for Defendants by email in a good-faith effort to confer concerning the requested relief. Marina Bay Residences, LLC stated on September 28, 2026 that it takes no position. Bozzuto Management Company stated on September 29, 2026 that it likewise takes no position. Hines Interests Limited Partnership stated on October 6, 2026 that it takes no position. Appointment of counsel remains within the Court's discretion.

Respectfully submitted,

/s/ Sandra Fernandez de Villavicencio
Sandra Fernandez de Villavicencio
Plaintiff, Pro Se
550 Liberty Street, Unit 905
Braintree, Massachusetts 02184
Telephone: (617) 806-6566
Email: sandreva14@yahoo.com

Dated: October 6, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I filed the foregoing through CM/ECF. Under Local Rule 5.4(c), transmission of the Notice of Electronic Filing constitutes service on registered ECF users.

/s/ Sandra Fernandez de Villavicencio
Sandra Fernandez de Villavicencio, Pro Se