UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA FERNANDEZ DE VILLAVICENCIO,
Plaintiff,

v.

HINES INTERESTS LIMITED PARTNERSHIP;
MARINA BAY RESIDENCES, LLC; and
BOZZUTO MANAGEMENT COMPANY,
Defendants.

Civil Action No. 1:25-cv-12088-WGY

**DECLARATION OF SANDRA FERNANDEZ DE VILLAVICENCIO PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL**

1. I am the Plaintiff in this action and make this declaration from personal knowledge.

2. On March 3, 2026, the Court allowed my Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 8).

3. I am currently unemployed and receive no wages or employment income.

4. I receive MassHealth/Medicaid coverage.

5. I do not have funds available to pay a private attorney's retainer or hourly fees for representation in this federal action. My financial circumstances have not materially improved since the Court granted me in forma pauperis status.

6. I have made reasonable efforts to obtain representation through legal-aid organizations, attorney-referral resources, and other available resources for obtaining legal assistance. Those efforts have not resulted in counsel available to represent me in this action. I have not sought to retain private counsel because I cannot afford a private attorney's retainer or hourly fees for this federal litigation.

7. At the September 28, 2026 hearing, the Court denied Defendants' Renewed Motion to Dismiss the Second Amended Complaint. The two counts pleaded under 42 U.S.C. § 3617 remain in the case.

8. At the September 28 hearing, the Court inquired whether I wished to obtain counsel. I proceeded pro se at that hearing.

9. At the same hearing, the Court stated that Defendants may move for summary judgment at any time.

10. The Court subsequently set the action Ready for Trial on January 4, 2027 at 9:00 a.m.

11. Although I have been able to present my pleadings and oppose dismissal pro se, I am not an attorney and have no legal training in federal discovery, depositions, corporate depositions, summary-judgment practice, evidence, witness examination, or jury trial.

12. I understand that I remain responsible for complying with the Court's orders and deadlines unless the Court orders otherwise. I am not asking the Court to stay this case while this request is considered.

13. If the Court requires updated financial documentation beyond the existing in forma pauperis record and this declaration, I will provide it promptly. If my financial circumstances materially improve, I will disclose that change as appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2026.

/s/ Sandra Fernandez de Villavicencio
Sandra Fernandez de Villavicencio

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I filed the foregoing through CM/ECF. Under Local Rule 5.4(c), transmission of the Notice of Electronic Filing constitutes service on registered ECF users.

/s/ Sandra Fernandez de Villavicencio
Sandra Fernandez de Villavicencio, Pro Se